**STATE of Missouri, Respondent,**

v.

**Hayward J. SILAS, Appellant.**

**Hayward J. SILAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. WD 45587, WD 47554.

Missouri Court of Appeals, Western District.

July 5, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 1994.

Application to Transfer Denied Sept. 20, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from the conviction following a jury trial of attempted forcible sodomy, § 566.-060.2, RSMo 1986, and from the denial of a Rule 29.15 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).